**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **KATHRYN BOSTON,** | § § § | |
| *Plaintiff*, | § § | **CIVIL ACTION NO.** |
| v. | § § | |
| **DR. DAVID GREENWALD,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § | |

**ORIGINAL COMPLAINT**

Plaintiff Kathryn Boston ("Plaintiff"), by and through her attorneys, brings this action for damages and other legal and equitable relief from Dr. David Greenwald ("Dr. Greenwald" or "Defendant") under Fla. Stat. §§ 772.101-104, for violations of Fla. Stat. § 784.011, Fla. Stat. § 784.03, and any other cause(s) of action that can be inferred from the facts set forth herein.

**INTRODUCTION**

1. This is an action brought by Ms. Boston against Defendant under Fla. Stat. §§ 772.101-104 for acts of assault and battery. Defendant's acts are in violation of Fla. Stat. § 784.011, Fla. Stat. § 784.03, and any other cause(s) of action that can be inferred from the facts set forth herein.

2. Ms. Boston was employed by Options Medical, LLC ("Options Medical") as Junior Associate Territory Manager from approximately November 2016 until on or around September 28, 2017.

3. Throughout Ms. Boston's employment with Options Medical, she was subjected to sexual harassment, assault, and battery from Dr. David Greenwald, a neurosurgeon located in St. Augustine, Florida.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, which confers diversity jurisdiction upon this Court where the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different States.

5. Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (c), in that the Defendant resides in this district.

## PARTIES

6. Ms. Boston is a person who has been aggrieved by Defendant's actions. She is a resident of Cuyahoga County, Ohio.

7. Defendant Dr. Greenwald is a neurosurgeon located in St. Augustine, Florida. Upon information and belief, he is a resident of St. Johns County, Florida.

## STATEMENT OF FACTS

8. Ms. Boston was employed by Options Medical in Gainesville, Florida as a Junior Associate Territory Manager from in or around November 2016 until September 28, 2017.

9. As a Junior Associate Territory Manager, Ms. Boston's job duties included traveling to doctor's offices in order to obtain the paperwork necessary to authorize the use of Orthofix devices for Medicare patients.

10. Throughout her employment, Ms. Boston was subjected to sexual harassment, assault, and battery from Dr. David Greenwald, a neurosurgeon located in St. Augustine, Florida. Upon information and belief, Dr. Greenwald was one of Option Medical's largest accounts.

11. During her employment, Ms. Boston routinely visited Dr. Greenwald's office in order to obtain Dr. Greenwald's signature on certificates of medical necessity and other necessary paperwork for Medicare to authorize the use of Orthofix devices. Ms. Boston also interacted with Dr. Greenwald during company dinners and physician meetings attended by Options Medical employees.

12. Dr. Greenwald repeatedly subjected Ms. Boston to numerous unwanted sexual comments. For example, Dr. Greenwald told Ms. Boston that, "anytime you feel anything in your vagina, it's me thinking about having a threesome with you and [another Options Medical manager].

13. Dr. Greenwald also subjected Ms. Boston to numerous other unwanted sexual comments including, but not limited to, sexually explicit jokes and memes, comments concerning the size of her breasts and whether they were fake, comments concerning Dr. Greenwald's sexual history and sexual encounters, and telling her that clothing was optional.

14. These comments and Dr. Greenwald's actions created a well-founded fear in Ms. Boston that she would be subjected to imminent unwanted physical touching.

15. Dr. Greenwald also repeatedly subjected Ms. Boston to numerous instances of battery, including, but not limited to, unwelcome physical touching such as putting his hands under her clothing and grabbing Ms. Boston's bare breasts and buttocks, kissing her, rubbing her body in a sexual manner, and grabbing and holding her body against his.

16. For example, in or around February 2017, Ms. Boston went to Dr. Greenwald's office to obtain signatures. Dr. Greenwald took Ms. Boston into an empty room in his office, put his hand down the back of her pants, and grabbed her bare buttocks. He then grabbed her leg, put it on a chair, and started rubbing it.

17.     In or around June 2017, Ms. Boston agreed to meet Dr. Greenwald in the cafeteria of the hospital so that she could obtain signatures from him. Dr. Greenwald called Ms. Boston and asked her to get in his car so that he could sign the documents and run an errand before his surgery. In the car Dr. Greenwald grabbed Ms. Boston's bare breast. When they walked back into the hospital, Dr. Greenwald grabbed Ms. Boston's buttocks.

18.     Ms. Boston suffered severe emotional and financial injury as a result of Dr. Greenwald's unlawful actions. For example, Ms. Boston has experienced anxiety, depression, panic attacks, and hospitalization. She has also sought medical treatment and therapy.

**AS AND FOR A FIRST CAUSE OF ACTION FOR A VIOLATION OF**
**Fla. Stat. § 784.011**
**(Assault)**

19.     Plaintiff repeats and re-alleges the allegations contained in the paragraphs above, as if fully set forth herein.

20.     The conduct alleged herein violates Fla. Stat. § 784.011, as Defendant intentionally, unlawfully threatened by word or act to do violence to Plaintiff, coupled with an apparent ability to do so, and created a well-founded fear in Plaintiff that such violence is imminent.

21.     Plaintiff's requests for relief are set forth below.

**AS AND FOR A SECOND CAUSE OF ACTION FOR A VIOLATION OF**
**Fla. Stat. § 784.03**
**(Battery)**

22.     Plaintiff repeats and re-alleges the allegations contained in the paragraphs above, as if fully set forth herein.

23.     The conduct alleged herein violates Fla. Stat. § 784.03, as Defendant actually and intentionally touched or struck Plaintiff against her will or intentionally caused bodily harm to Plaintiff.

24. Plaintiff's requests for relief are set forth below.

## AS AND FOR A THIRD CAUSE OF ACTION
### Intentional Infliction of Emotional Distress

25. Plaintiff repeats and re-alleges the allegations contained in the paragraphs above, as if fully set forth herein.

26. Dr. Greenwald's conduct alleged herein was intentional, extreme, and outrageous. As a result of Dr. Greenwald's actions, Plaintiff experienced severe emotional distress. For example, Ms. Boston has experienced anxiety, depression, panic attacks, and hospitalization. She has also sought medical treatment and therapy.

27. Plaintiff's requests for relief are set forth below.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests judgment against Defendant as follows:

A. A judgment declaring that the acts complained of herein are unlawful and in violation of Fla. Stat. § 784.011 and Fla. Stat. § 784.03, and that Plaintiff is entitled to civil remedies under Fla. Stat. §§ 772.101-104;

B. Treble damages under Fla. Stat. §§ 772.104(1);

C. Awarding Plaintiff the costs and disbursements incurred in connection with this action, including reasonable attorneys' fees, expert witness fees and other costs;

D. Pre-judgment and post-judgment interest, as provided by law;

E. Granting Plaintiff other and further relief as this Court finds necessary and proper.

Plaintiff further demands that she be awarded such other and further legal and equitable relief as may be found appropriate and as the Court may deem just or equitable.

Dated: January 27, 2020

Respectfully submitted,

*/s/ Marie A. Mattox*
Marie A. Mattox [FBN 0739685]
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
Facsimilie: (850) 383-4801

Jay D. Ellwanger (*pro hac vice* to be filed)
Texas State Bar No. 24036522
jellwanger@equalrights.law
Esha Rajendran (*pro hac vice* to be filed)
Texas State Bar No.24105968
erajendran@equalrights.law
Ellwanger Law LLLP
8310-1 N. Capital of Texas Hwy.
Suite 190
Austin, Texas 78731
Telephone: (737) 808-2260
Facsimile: (737) 808-2262

**COUNSEL FOR PLAINTIFF**